IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE:                              )   Case No. 09-11409
                                    )        Chapter 7
HEHCO, INC.                         )
                                    )        **EX PARTE**
                                    )   **MOTION TO DEPOSIT FUNDS**
         Debtor.                    )
_____)

    NOW COMES David R. Hillier, Trustee in Bankruptcy in the above-captioned proceeding, who moves the Court to deposit Trustee's check number 119, said funds represent payment of less than $5.00, and it therefore being in the best interest of this estate for this amount to be paid in the court pursuant to Bankruptcy Rule 3010 and to be disposed of pursuant to 28 U.S.C. § 2042;

| Creditor & Address | Amount | Claim No. |
| --- | --- | --- |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | .07 | 8U |
| Henderson County Tax Collector<br>200 North Grove Street, Suite 66<br>Hendersonville, NC  28792 | .36 | 7I |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | .91 | 8PI |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | .01 | 8UI |

    WHEREFORE the Trustee prays that said funds be deposited into the Registry as aforesaid.

THIS the ___ day of January, 2011.

                                                GUM, HILLIER & McCROSKEY, P.A.

BY: _____
     David R. Hillier
     NC Bar No. 6206
     PO Box 3235
     Asheville NC 28802
     (828) 258-3368

## CERTIFICATE OF SERVICE

I, David R. Hillier, hereby certify that I have served the foregoing on the parties listed below who, in my opinion, are the proper parties to be served in accordance with the Federal Rules of Bankruptcy Procedure and the Court's Local Bankruptcy Rules, this the ___ day of January, 2011:

U.S. Bankruptcy Administrator (via electronic mail)

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Henderson County Tax Collector
200 North Grove Street, Suite 66
Hendersonville, NC 28792

_____
DAVID R. HILLIER